UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHYLLIS HUSTER,

        Plaintiff,

v.

WELLS FARGO BANK, N.A.,

        Defendant.

C21-144 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the parties' Joint Motion, docket no. 18, the deadline for the parties to complete discovery is EXTENDED to July 6, 2022. The deadline for the parties to file dispositive motions is EXTENDED to July 21, 2022.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 11th day of May, 2022.

                                              Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1