UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHYLLIS HUSTER, | Case No. 2:21-cv-00144-TSZ |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Phyllis Huster ("Plaintiff") and Defendant Well Fargo Bank, N.A. ("Defendant") (together, the "Parties") hereby stipulate and request that the above-captioned action be dismissed with prejudice.

WHEREFORE, the Parties respectfully request that this Court dismiss this action in its entirety with prejudice. The Parties shall each bear their own attorneys' fees and costs.

Dated: January 27, 2023                    Respectfully submitted,

By: */s/ Ryan L. McBride*
Ryan L. McBride, WSBA No. 50751
KAZEROUNI LAW GROUP, APC
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012

- 1 -

Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: ryan@kazlg.com

**Attorneys for Plaintiff, Phyllis Huster**

By: /s/ David M. Gettings
David M. Gettings (Admitted *Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7747
Facsimile: (757) 687-7510
E-mail: dave.gettings@troutman.com

By: */s/ Abraham K. Lorber*
Abraham K. Lorber, WSBA No. 40668
LANE POWELL, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206-223-7000
Facsimile: 206-223-7107
lorbera@lanepowell.com

**Attorneys for Defendant, Wells Fargo Bank, N.A.**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filings to all counsel of record.

Dated this 27th day of January, 2023

By: */s/ Ryan L. McBride*
       Ryan L. McBride

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PHYLLIS HUSTER, | Case No. 2:21-cv-00144-TSZ |
| Plaintiff, | STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Pursuant to the Parties' Stipulation to Dismiss and for good cause shown, the above-captioned case is hereby dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this 31st day of January, 2023

_____
Hon. Thomas S. Zilly
United States District Judge

- 1 -

STIPULATION TO DISMISS